**Order entered September 10, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00101-CV

**STACEY DORFMAN KIVOWITZ, SAMUEL GRANT DORFMAN, SCI TEXAS FUNERAL SERVICES, LLC D/B/A SPARKMAN/HILLCREST FUNERAL HOME AND D/B/A HILLCREST MAUSOLEUM AND MEMORIAL PARK, Appellants**

**V.**

**LOUIS DORFMAN, SR., Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-13563**

### ORDER

Before the Court are appellants' unopposed motions for an eight-day extension of time to file their briefs. We **GRANT** the motions and **ORDER** the briefs be filed no later than September 17, 2021.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE